592 A.2d 216

IN THE MATTER OF HOWARD S. BORDEN, JR., AN ATTORNEY AT LAW.

July 11, 1991.

ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement to the practice of law is granted, effective immediately.